```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2  ALEX G. TSE (CSBN 152348)
    Chief, Civil Division
 3  CLAIRE T. CORMIER (CABN 154364)
    Assistant United States Attorney
 4
        150 Almaden Blvd., Suite 900
 5      San Jose, California 95113
        Telephone: (408) 535-5082
 6      FAX: (408) 535-5081
        claire.cormier@usdoj.gov
 7
    Attorneys for Defendant and Cross-Defendant
 8  United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURA BANUELOS, AND DOES ONE THROUGH TEN,<br><br>    Defendants.<br>——————————————<br>BEVERLY MAGANA,<br><br>    Cross-Complainant.<br><br>  v.<br><br>JOHN KIM and ROES 1-20, inclusive,<br><br>    Cross-Defendants. | CASE NO. CV13-05619 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE** |

On March 27, 2014, the Court set the pretrial schedule for this case.  Earlier, the Court had referred the case to mediation with a deadline of June 3, 2014.  Counsel for the parties engaged in some settlement discussions with the court-appointed mediator, but also scheduled a mediation for May 22, 2014.  Counsel for the United States failed to calendar that date and was in Texas in depositions the week of May 19, 2014 when the mediator's office reminded the parties of the scheduled May 22 mediation.  The mediator's office and

**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE**
CV 13-05619 HRL

1

1  counsel for the parties then sought to reschedule the mediation.  The first date on which all parties and the
2  mediator are available is July 11, 2014.
3       The parties, through counsel of record, therefore stipulate and request that the pretrial schedule for this
4  case be modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Day Mediation | June 3, 2014 | July 11, 2014 |
| Fact discovery Cutoff | July 11, 2014 | August 15, 2014 |
| Designation of Experts with Reports | July 25, 2014 | August 25, 2014 |
| Rebuttal Expert Designation with Reports | August 8, 2014 | September 8, 2014 |
| Expert Discovery Cutoff | August 22, 2014 | September 22, 2014 |
| Last Day Dispositive Motion Hearing | September 23, 2014 | October 7, 2014 |
| Final Pretrial Conference | October 30, 2014 | November 13, 2014 ~~November 6, 2014~~ |

13       IT IS SO STIPULATED.

Respectfully submitted,

Dated:  June 2, 2014           MELINDA HAAG
                               UNITED STATES ATTORNEY

                         By:   /s/  Claire T. Cormier                            .
                               CLAIRE T. CORMIER[1]
                               Assistant U.S. Attorney

Dated:  June 2, 2014           MORSE & ASSOCIATES

                         By:   /s/                                               .
                               MICHAEL S. MORSE
                               Attorney for Plaintiff, Esurance

Dated:  June 2, 2014           PEDERSEN - LAUDERDALE

                         By:   /s/                                               .
                               JEFF B. ATTERBURY
                               Attorney for Defendant, Beverly Magana

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.  I apologize to all parties and to the Court for my failure to calendar the mediation in this case.

**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING PRETRIAL SCHEDULE**
CV 13-05619 HRL

1                                        **[PROPOSED] ORDER**

2        IT IS SO ORDERED.

3    DATE:   June 6, 2014                                                      

4                                               HOWARD R. LLOYD
                                                         UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE**
**CV 13-05619 HRL**